UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OKSANA KULISH,

                      Plaintiff,

            -v-

ACCELERON PHARMA, INC. *et al.*,

                      Defendants.
-----------------------------------------------------------------------X

21 Civ. 8676 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    The conference previously scheduled for February 3, 2022, Dkt. 4, is adjourned *sine die*.

SO ORDERED.

Dated: January 27, 2022
      New York, New York

                                                            JOHN P. CRONAN
                                                United States District Judge